AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
U.S. MARSHAL
2017 MAR -2 AM 11: 10
MIDDLE DIST. OF FLORIDA
TAMPA

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

United States of America
v.

YOLANDA CAMARA
*Defendant*

Case No. 8:17-cr-84-T-24TBW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* YOLANDA CAMARA ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess with the intent to distribute, All in violation of 21 U.S.C. §§ 846, 841(b)(1)(C), and 841(b)(2).
Possession with intent to distribute, All in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(2).
Making a materially false, fictitious, and fraudulent statement, In violation of 18 U.S.C. § 1001(a)(2).

FILED
2017 MAR -8 AM 8:51
CLERK US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
TAMPA FLORIDA

Date: 3-2-17

*Issuing officer's signature*

City and state: Tampa, Florida

SHERYL L. LOESCH, Clerk, United States District Court
*Printed name and title*

**Return**

This warrant was received on *(date)* 3/6/17 , and the person was arrested on *(date)* 3/6/17
at *(city and state)* Brandon FL.

Date: 3/7/17

*Arresting officer's signature*

*Printed name and title*